ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 2:55 PM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 15-24-00050-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 2:55:01 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY and
GUADALUPE-BLANCO RIVER AUTHORITY,

*Appellants,*

vs.

NATIONAL WILDLIFE FEDERATION,

*Appellee.*

ON APPEAL FROM THE
98TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-20-007096

_____

**APPELLANT GUADALUPE-BLANCO RIVER AUTHORITY'S
ORAL ARGUMENT BENCH BOOK**

_____

Macey Reasoner Stokes
State Bar No. 00788253
macey.stokes@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas 77002-4995
(713) 229-1369
(713) 229-7869 (fax)

Samia Broadaway
State Bar No. 24088322
samia.broadaway@bakerbotts.com
Molly Cagle
State Bar No. 03591800
molly.cagle@bakerbotts.com
John Ormiston
State Bar No. 24121040
john.ormiston@bakerbotts.com
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, Texas 78704-1296
(512) 322-2500
(512) 322-2501 (fax)

*Counsel for Appellant Guadalupe-Blanco River Authority*

**BENCH BOOK INDEX**

Tab A        Excerpt of AR 43, Map of San Antonio and Guadalupe River Basins

Respectfully submitted,

Samia Broadaway
State Bar No. 24088322
samia.broadaway@bakerbotts.com
Molly Cagle
State Bar No. 03591800
molly.cagle@bakerbotts.com
John Ormiston
State Bar No. 24121040
john.ormiston@bakerbotts.com
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, Texas 78704-1296
(512) 322-2500
(512) 322-2501 (fax)

Macey Reasoner Stokes
State Bar No. 00788253
macey.stokes@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1369
(713) 229-7869 (fax)

***Attorneys for Appellant Guadalupe-Blanco River Authority***

# Tab A

From AR 43



**San Antonio and Guadalupe River Basins**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raylynn Howell on behalf of Samia Broadaway
Bar No. 24088322
raylynn.howell@bakerbotts.com
Envelope ID: 98749791
Filing Code Description: Exhibit
Filing Description: Appellant Guadalupe-Blanco River Authority's Oral Argument Bench Book
Status as of 3/21/2025 3:13 PM CST

Associated Case Party: Guadalupe-Blanco River Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 3/21/2025 2:55:01 PM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 3/21/2025 2:55:01 PM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 3/21/2025 2:55:01 PM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 3/21/2025 2:55:01 PM | SENT |

Associated Case Party: National Wildlife Federation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 3/21/2025 2:55:01 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 3/21/2025 2:55:01 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Courtney | | laura.courtney@oag.texas.gov | 3/21/2025 2:55:01 PM | SENT |
| Mahita Shankar | | mahita@txenvirolaw.com | 3/21/2025 2:55:01 PM | SENT |